FILED
OCT 27 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| | ) | CASE NO. 1:22 CR 619 |
| v. | ) | |
| | ) | Title 21, United States Code, |
| KEISHAWN ROBINSON, | ) | Sections 841(a)(1) and (b)(1)(C) |
| Defendant. | ) | **JUDGE FLEMING** |

COUNT 1
(Distribution of a Controlled Substance, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury charges:

1.     On or about April 6, 2022, in the Northern District of Ohio, Eastern Division, Defendant KEISHAWN ROBINSON, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 2
(Distribution of a Controlled Substance, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury charges:

2.     On or about May 24, 2022, in the Northern District of Ohio, Eastern Division, Defendant KEISHAWN ROBINSON, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of para-fluorofentanyl, a Schedule I controlled substance, a fentanyl analogue; and fentanyl, a Schedule II controlled substance in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 3
(Distribution of a Controlled Substance, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

3. On or about July 6, 2022, in the Northern District of Ohio, Eastern Division, Defendant KEISHAWN ROBINSON, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 4
(Distribution of a Controlled Substance, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

4. On or about September 26, 2022, in the Northern District of Ohio, Eastern Division, Defendant KEISHAWN ROBINSON, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 5
(Distribution of a Controlled Substance, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

5. On or about September 29, 2022, in the Northern District of Ohio, Eastern Division, Defendant KEISHAWN ROBINSON, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## FORFEITURE

The Grand Jury further charges:

6. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, the allegations of Counts 1 through 5 are incorporated herein by reference. As a result of the foregoing offenses, Defendant KEISHAWN ROBINSON shall forfeit to the United States any and all property constituting, and derived from, any proceeds he obtained, directly and indirectly, as the result of such violations; and any and all of his property used and intended to be used, in any manner and part, to commit and to facilitate the commission of such violations.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.